IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JEROME CORSI,

    Plaintiff,

v.                                                                        Case No.: _____

NEWSMAX MEDIA, INC., CHRISTOPHER RUDDY,
CASSANDRA FAIRBANKS, JOHN CARDILLO, and
JOHN BACHMAN,

    Defendants.
_____/

## THE NEWSMAX DEFENDANTS' NOTICE OF REMOVAL

Defendants Newsmax Media, Inc., Christopher Ruddy, John Cardillo, and John Bachman (collectively, the "Newsmax Defendants") by their attorneys, Thomas & LoCicero PL and Duane Morris LLP (*pro hac vice* motion forthcoming), hereby remove the above-entitled action, originally filed in the Circuit Court of the State of Florida, 15th Judicial Circuit, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332.

    1.    Plaintiff Jerome Corsi has commenced an action against the Newsmax Defendants and Cassandra Fairbanks in the 15th Judicial Circuit Court of Florida, entitled *Corsi v. Newsmax Media, Inc., et al.*, Case No. 50-2020-CA-008997.  The action was filed on August 21, 2020.  A true and correct copy of Plaintiff's Complaint, as filed with the Circuit Court, is attached as **Exhibit A**.  Other than the Complaint (and accompanying Civil Cover Sheet), no other papers have been filed in the action.

2. None of the Newsmax Defendants has been served with the Complaint. On information and belief, Defendant Cassandra Fairbanks has also not been served with the Complaint.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

4. Pursuant to 28 U.S.C. § 1332(a), complete diversity exists between the parties.

5. Based on allegations made by plaintiff in other recently filed litigations, plaintiff Jerome Corsi is domiciled in and thus a citizen of the State of New Jersey.[1]

6. Defendants Ruddy, Bachman and Cardillo are all domiciled in, and thus citizens of, the State of Florida.

7. Defendant Newsmax Media, Inc. is incorporated under the laws of the State of Delaware and has its principal place of business in the State of Florida; accordingly Newsmax Media, Inc. is a citizen of both Delaware and Florida. *See* 28 U.S.C. § 1332(c)(1).

8. Based on plaintiff's service of defendant Fairbanks in a previous litigation, and her communications with the court in that litigation, Fairbanks is either a citizen of the State of West Virginia or a citizen of the District of Columbia.[2] In either case there is complete diversity from plaintiff.

9. Plaintiff purports in his Complaint to seek damages "in excess of $10.5 million U.S. Dollars," Complaint at ¶ 22 (Prayer for Relief part a.), hence the amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

10. Because none of the defendants who are citizens of the State of Florida have been served, the removal bar of 28 U.S.C. § 1441(b)(2) does not apply. *See, e.g.*, *Papa Air LLC v. Cal-Mid Props. L.P.*, 2020 WL 3037068 (N.D. Ala. 2020).

---

[1] *See, e.g.*, Complaint in *Corsi v. Stone*, No. 19-cv-00324 (D.D.C. Feb. 7, 2019), Dkt. No. 1.

[2] *See Corsi v. Stone*, Case No. 50-2019-CA-013711 (Fla. Cir. Ct. 15th Cir.), Dkt. Nos. 37, 85.

11. Each of the Newsmax Defendants consents to this removal. Because Fairbanks has not been served, her consent is not required under 28 U.S.C. § 1446(b)(2)(A).

12. Venue is proper pursuant to 28 U.S.C. § 1441(a) because this Court is "the district court of the United States for the district and division embracing the place where such action is pending," i.e., Palm Beach County.

13. Defendant will promptly file a copy of this Notice of Removal with the Clerk of the 15th Judicial Circuit Court of Florida.

          THOMAS & LOCICERO PL

          By: */s/ Dana J. McElroy*
              Dana J. McElroy, Esq.
              Florida Bar No.:  0845906
              915 Middle River Drive
              Suite 309
              Fort Lauderdale, Florida 33304
              Telephone: (954) 703-3416
              Facsimile: (954) 400-5415
              Email: dmcelroy@tlolawfirm.com

           and

          DUANE MORRIS LP
          Mark Lerner, Esq.
          230 Park Avenue
          Suite 1130
          New York, New York 10169
          Telephone: (212) 404-8714
          Facsimile: (212) 818-9606
          Email: MALerner@duanemorris.com
          (*pro hac vice* motion forthcoming)

          Attorneys for Newsmax Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **25th** day of **August, 2020,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this same day on all parties and counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF and via electronic mail upon:


Larry Klayman, Esq.
Klayman Law Group, P.A.
*Counsel for Plaintiff*
7050 W. Palmetto Park Road
Boca Raton, FL  33433
Email:  leklayman@gmail.com
            Oliver.peerfw@gmail.com

                                                         */s/ Dana J. McElroy*
                                                         Attorney