UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:20-cv-81396-RAR

| | |
|---|---|
| JEROME CORSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEWSMAX MEDIA, INC., CHRISTOPHER | ) |
| RUDDY, CASSANDRA FAIRBANKS, | ) |
| JOHN CARDILLO, and JOHN BACHMAN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Mark A. Lerner** of the law firm of Duane Morris LLP, 230 Park Avenue, Suite 1130, New York, New York 10169-0079, Tel: 212.818.9200, for purposes of appearance as co-counsel on behalf of Defendants Newsmax Media, Inc., Christopher Ruddy, John Cardillo, and John Bachman (collectively "Newsmax Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mark A. Lerner to receive electronic filings in this case, and in support thereof states as follows:

1. Mark A. Lerner is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar, as well as the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the

Tenth Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

2. Movant Dana J. McElroy, Esquire, of the law firm of Thomas & LoCicero PL, 915 Middle River Drive, Suite 309, Fort Lauderdale, Florida 33304, Tel: 954.703.3416, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mark A. Lerner has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mark A. Lerner, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mark A. Lerner at email address: MALerner@duanemorris.com.

WHEREFORE, Dana J. McElroy, moves this Court to enter an Order allowing Mark A. Lerner, to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mark A. Lerner at email address: MALerner@duanemorris.com.

Dated this 8th day of September, 2020.

                                      Respectfully Submitted,

                                      */s/ Dana J. McElroy*
                                      Dana J. McElroy, Esq.
                                      Florida Bar No. 0845906
                                      THOMAS & LOCICERO PL
                                      915 Middle River Drive
                                      Suite 309
                                      Fort Lauderdale, Florida 33304
                                      Tel: 954.703.3416
                                      Fax: 954.400.5415
                                      dmcelroy@tlolawfirm.com

                                      *Attorneys for Newsmax Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:20-cv-81396-RAR

JEROME CORSI,                                            )
                                                         )
    Plaintiff,                                          )
                                                         )
v.                                                       )
                                                         )
NEWSMAX MEDIA, INC., CHRISTOPHER                         )
RUDDY, CASSANDRA FAIRBANKS,                              )
JOHN CARDILLO, and JOHN BACHMAN,                         )
                                                         )
    Defendants.                                         )
_____)

## **CERTIFICATION OF MARK A. LERNER**

Mark A. Lerner, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar, as well as the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Tenth Circuit and the United States District Courts for the Southern and Eastern Districts of New York.; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                                   _____
                                                                                    MARK A. LERNER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **8th** day of **September, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: */s/ Dana J. McElroy*
Attorney
