UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:20-cv-81396-RAR

| | |
|---|---|
| JEROME CORSI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEWSMAX MEDIA, INC., CHRISTOPHER RUDDY, CASSANDRA FAIRBANKS, JOHN CARDILLO, and JOHN BACHMAN, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S OPPOSITION TO MOTION TO APPEAR *PRO HAC VICE* FOR MARK A. LERNER**

Plaintiff Jerome Corsi ("Dr. Corsi") hereby opposes the Motion to Appear *Pro Hac Vice* of Mark A. Lerner, filed today, September 8, 2020. ECF No. 5. Dr. Corsi opposes because Mr. Lerner has engaged in the unauthorized practice of law and caused if not furthered false sworn statements under oath made by his clients in a Florida state court case styled *Corsi v. Stone*, 50-2019-CA-013711. *See* Exhibit 1. Although the state court judge took no action, this is a very serious matter. Furthermore, counsel for Dr. Corsi was not consulted by Mr. Lerner prior to filing this instant motion. Dr. Corsi respectfully requests a hearing on this issue.

Dated: September 8, 2020            Respectfully submitted,

                                    */s/ Larry Klayman*

                                    Larry Klayman, Esq.

                                    KLAYMAN LAW GROUP, P.A.
                                    7050 W. Palmetto Park Rd.
                                    Suite 284
                                    Boca Raton, FL 33433
                                    Telephone: (561) 558-5336
                                    Email: leklayman@gmail.com

                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Larry Klayman*