IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JEROME CORSI,

    Plaintiff,

v.                                                      Case No.: 20-CIV-81396-RAR

NEWSMAX MEDIA, INC., CHRISTOPHER RUDDY,
CASSANDRA FAIRBANKS, JOHN CARDILLO, and
JOHN BACHMAN,

    Defendants.
_____/

**REMOVAL STATUS REPORT**

Defendants Newsmax Media, Inc. ("Newsmax"), Christopher Ruddy, John Cardillo, and John Bachman (collectively, the "Newsmax Defendants") by their attorneys, Thomas & LoCicero PL and Duane Morris LLP, hereby submit this removal status report in accordance with the Court's August 27, 2020 order (ECF No. 3).

Most of the information requested by the Court is available in the Newsmax Defendants' Notice of Removal (ECF No. 1). The Notice of Removal contains all of the records filed in the state court.

**1.  Statement of the Claims**

Plaintiff Jerome Corsi filed this action on August 21, 2020 against the Newsmax Defendants and Cassandra Fairbanks in the 15th Judicial Circuit Court of Florida, entitled *Corsi v. Newsmax Media, Inc., et al.*, Case No. 50-2020-CA-008997. The complaint alleges that the defendants defamed Corsi during the January 30, 2019 episode of the show, "America Talks Live" that aired on Newsmax TV. Specifically, the complaint alleges that defendant Cassandra

Fairbanks defamed Dr. Corsi by, *inter alia*, "branding him a serial liar and a plagiarist and publishing other false and misleading statements." (Compl ¶ 22.) Although the complaint does not allege any of the other defendants uttered any defamatory statements, the complaint alleges that the Newsmax Defendants acted "in concert with" Fairbanks and that all defendants acted at the direction of non-party Roger Stone. (Compl. ¶¶ 22-27.) Plaintiff asserts claims against each defendant for defamation, defamation *per se*, and defamation by implication. Plaintiff seeks damages of $10.5 million.

**2.     Grounds for Removal and Parties to the Action**

The Newsmax Defendants removed this action on August 25, 2020 under 28 U.S.C. § 1441(b) based on diversity of citizenship. Pursuant to 28 U.S.C. § 1332(a), this Court has jurisdiction because complete diversity exists between the parties, and the amount in controversy exceeds $75,000. Plaintiff Jerome Corsi is a citizen of the State of New Jersey. Defendants Ruddy, Bachman and Cardillo are all citizens of the State of Florida. Defendant Newsmax Media, Inc. is incorporated under the laws of the State of Delaware and has its principal place of business in the State of Florida; accordingly, Newsmax Media, Inc. is a citizen of both Delaware and Florida. Defendant Fairbanks is a citizen of West Virginia. As noted above, plaintiff demands damages of $10.5 million.

None of the defendants have been served with process. Because none of the defendants who are citizens of the State of Florida have been served, the removal bar of 28 U.S.C. § 1441(b)(2) does not apply. *See, e.g.*, *Papa Air LLC v. Cal-Mid Props. L.P.*, 2020 WL 3037068 (N.D. Ala. 2020). Accordingly, removal of this action is proper pursuant to 28 U.S.C. § 1441(b).

The parties to the action are:

<u>Plaintiff:</u>
Jerome Corsi

2

       <u>Defendants:</u>
       Newsmax Media, Inc.
       Christopher Ruddy
       John Cardillo
       John Bachman
       Cassandra Fairbanks

**3.** **Pending Motions**

A motion for the Newsmax Defendants' counsel Mark A. Lerner to be admitted *pro hac vice* was granted September 10, 2020 (ECF No. 7). No other motions are pending before this Court, and there were no motions or other proceedings filed in the state court at the time of removal.

**4.** **Statement by Defendants on Removal**

All of the Newsmax Defendants have joined in the notice of removal. The only other defendant is Cassandra Fairbanks, who has not yet been served in this action.

**5.** **Statement by the Removing Defendants Regarding Timing of Removal**

The Newsmax Defendants have removed this action within thirty (30) days after their receipt of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based. The complaint was filed on August 21, 2020, and the Newsmax Defendants removed the action on August 25, 2020. None of the defendants have been served in this action.

                                                  THOMAS & LOCICERO PL

                                          By: */s/ Dana J. McElroy*
                                                Dana J. McElroy, Esq.
                                                Florida Bar No.: 0845906
                                                915 Middle River Drive
                                                Suite 309
                                                Fort Lauderdale, Florida 33304
                                                Telephone: (954) 703-3416
                                                Facsimile: (954) 400-5415
                                                Email: dmcelroy@tlolawfirm.com

       and

DUANE MORRIS LLP
Mark Lerner, Esq.
230 Park Avenue
Suite 1130
New York, New York 10169
Telephone: (212) 404-8714
Facsimile: (212) 818-9606
Email: MALerner@duanemorris.com

Attorneys for Newsmax Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **10th** day of **September, 2020,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this same day on all parties and counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF and via electronic mail upon:

Larry Klayman, Esq.
Klayman Law Group, P.A.
7050 W. Palmetto Park Road
Boca Raton, FL 33433
Email: leklayman@gmail.com
       Oliver.peerfw@gmail.com

                          */s/ Dana J. McElroy*
                          Attorney