UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81396-RAR

**JEROME CORSI**,

    Plaintiff,

v.

**NEWSMAX MEDIA, INC.**, *et al.*,

    Defendants.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' VERIFIED MOTION FOR ATTORNEYS' FEES

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Bruce E. Reinhart's Report and Recommendation [ECF No. 59] ("Report"), entered on February 2, 2022. The Report recommends that Defendants' Verified Motion for Attorneys' Fees [ECF No. 34] be granted in part and denied in part. *See* Report at 1. The Report properly notified the parties of their right to object to Magistrate Judge Reinhart's findings and Plaintiff timely filed objections to the Report on February 15, 2022 [ECF Nos. 60 & 61] ("Objections"). Defendants filed a response to the Objections on March 1, 2022 [ECF No. 62] ("Response").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed Objections, the Court has conducted a *de novo* review of Magistrate Judge Reinhart's legal and factual findings contained within his Report.

Having carefully reviewed Defendants' Verified Motion for Attorneys' Fees, the Report, Plaintiff's Objections, Defendants' Response, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 59] is **AFFIRMED AND ADOPTED**. Accordingly, Defendants' Verified Motion for Attorneys' Fees [ECF No. 34] is **GRANTED IN PART AND DENIED IN PART**. Defendant is awarded attorneys' fees in the amount of **$48,750.50** and costs in the amount of **$400**, for which total sum let execution issue forthwith.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of March, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**