# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 07, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY____AP____D.C.

Jul 7, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 21-10480-BB  ; 22-10758 -GG
Case Style: Jerome Corsi v. Newsmax Media Inc., et al
District Court Docket No: 9:20-cv-81396-RAR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel is advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 21-10480 & 22-10758
_____

JEROME CORSI,

                                                            Plaintiff-Appellant,

*versus*

NEWSMAX MEDIA INC.,
a Florida Corporation,
CHRISTOPHER RUDDY,
Individually,
CASSANDRA FAIRBANKS,
Individually,
JOHN CARDILLO,
Individually,
JOHN BACHMAN,
Individually,

                                                            Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before WILLIAM PRYOR, Chief Judge, ROSENBAUM, and BRASHER, Circuit Judges.

ORDER:

      This matter is before the Court on parties' Joint Motion to Correct and/or Modify the Order of Dismissal. The parties represent that they have settled the remainder of this case. Therefore,

Corsi's claims against all remaining defendants[1]—Christopher Ruddy, John Bachman, and John Cardillo—are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs. All pending motions are **DENIED AS MOOT**.

    **SO ORDERED**.

---

[1] Corsi's claims against Newsmax Media have already been dismissed.